Creda Software, Inc.<br>
c/o Allen Pulsifer<br>
PO Box 356<br>
Annapolis Jct MD 20701<br><br>
June 2, 2020

The Honorable Judge Karen B. Owens
United States Bankruptcy Court for the District of Delaware
824 Market St North
Wilmington, DE 19801

RE: In Re: Creda Software, Inc., Case No. 20-10919-KBO

Dear Honorable Judge Owens,

I am the President of the Debtor Creda Software, Inc., in the above captioned matter, and I am writing on behalf of Creda Software, Inc., to oppose the Motion of Attorney Peter K. Schaeffer, Jr., to Withdraw as Counsel for Creda Software, Inc.

Creda Software, Inc., opposes this motion because it does not have substitute counsel, and believes it will likely be unable to obtain substitute counsel, and therefore the withdrawal of Attorney Schaeffer would leave Creda Software, Inc., without representation in this matter.

Attorney Schaeffer requests to withdraw because (allegedly), "The Debtor has substantially failed to fulfill its obligations in relation to Counsel's services, rendering it unreasonably difficult to continue to effectively represent Debtor pursuant to Delaware Professional Conduct Rule 1.16(b)." Creda Software, Inc., is not a aware of any obligation that it has failed to fulfill in relation to Attorney Schaeffer's services. In addition, while Attorney Schaeffer does not cite the specific provision of Rule 1.16(b) pursuant to which he requests to withdraw, Rule 1.16(b)(5), which uses similar words, states that: "[A lawyer may withdraw from representing a client if] the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled." Creda Software, Inc., is further not aware of any warnings provided by Attorney Schaeffer's that Creda Software, Inc., has failed to fulfill an obligation regarding Attorney Schaeffer's services or that Attorney Schaeffer would move to withdraw if those obligations were not fulfilled.

For the above reasons, Creda Software, Inc., respectfully opposes the motion of Attorney Schaeffer to withdraw as counsel for Creda Software, Inc., at this time.

Respectfully Submitted,

*Allen Pulsifer*

Allen Pulsifer, President
Creda Software, Inc.